STATE OF NEW JERSEY v. MICHAEL HOUSTON.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANKLIN WHITE.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS MEROLA.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL T. WHEELER.

April 19, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE T. GILLIS.

April 19, 1989.

Petition for certification denied.